UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VANILDA BERNARDO-RODRIGUES, <br><br> Petitioner <br><br> v. <br><br> PATRICIA H. HYDE, et al., <br><br> Respondents | CIVIL NO. 2:25-cv-00553-LEW |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker on November 14, 2025;

The Petition for Writ of Habeas Corpus is granted.

Dated this 14th day of November, 2025.

                                      ERIC M. STORMS
                                      ACTING CLERK

                          By:   /s/ Charity Pelletier
                                   Deputy Clerk